UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DONNELL KEARNEY,<br>    Plaintiff,<br><br>v.<br>BRENT A. HOWARD in his<br>official and individual capacity<br>as an officer of the Raleigh City<br>Police Department,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT**<br><br>No. 5:08-CV-156-H |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of defendant's motion for summary judgment.**

**IT IS ORDERED, ADJUDGED AND DECREED the court grants the defendant's motion for summary judgment and this case is closed.**

This Judgment Filed and Entered on January 20, 2011 with service on:

Donnell Kearney, (via U.S. Mail), #51654-056, Federal Transfer Center, P.O. Box 898801, Oklahoma City, OK 73189-8801 and #51654-056, Pollock-USP, P.O. Box 2099 (3-217) P Custody, Pollock, LA 71467-2099
Hunt K. Choi (via cm/ecf Notice of Electronic Filing)

Date: January 20, 2011

                                                  DENNIS P. IAVARONE, CLERK
                                                  /s/ Delsia Heath
                                                  (By): Delsia Heath, Deputy Clerk